IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICK ELLIOTT,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 2:07cv395<br>Electronic Filing |

## MEMORANDUM ORDER

AND NOW, this 28th day of November, 2007, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying his claim for a period of disability or for disability insurance benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge (Document No. 13), which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 7) is DENIED, that the defendant's motion for summary judgment (Document No. 10) is GRANTED, and that the decision of the Commissioner is AFFIRMED.

*/s/ DS Cercone*
_____
David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Karl E. Osterhout, Esquire
Suite 570
1789 South Braddock Avenue
Pittsburgh, PA 15218

Jessica Smolar, Esquire
United States Attorney's Office
Suite 4000
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219